RAILROAD WATERPROOFING CORP., Appellant, *v.* MEMPHIS SUPPLY, INC., Defendant. MURDOCK ACCEPTANCE CORPORATION, Appellant and Respondent, *v.* HEMPSTEAD MOTOR TRUCK SALES Co., INC., et al., Defendants, and RAILROAD WATERPROOFING CORP., Respondent and Appellant.

Submitted April 7, 1952; decided April 23, 1952.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 303 N. Y. 849.]